IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,　　　　　　　　　　　CV F 04 6079 REC WMW   P

  vs.　　　　　　　　　　　　　　　ORDER

CCI TEHACHAPI, et al.,

    Defendants.

      On February 16, 2005, the court dismissed the original complaint in this action, and granted plaintiff leave to file a first amended complaint.  Plaintiff failed to do so, and a recommendation of dismissal was entered on March 28, 2005.   On April 11, 2005, plaintiff filed objections to the findings and recommendations.

      In his objections, plaintiff indicates that he did file an amended complaint.  The docket does not indicate that plaintiff filed an amended complaint.  The court will, however, grant plaintiff a further extension of time in which to file a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

    1. The March 28, 2005, finding and recommendation is vacated.

    2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a first amended complaint.

IT IS SO ORDERED.

**Dated:    May 23, 2005**               **/s/  William M. Wunderlich**
mmkd34                                            UNITED STATES MAGISTRATE JUDGE