1

2          IN THE UNITED STATES DISTRICT COURT

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   WILLIE WEAVER,

8              Plaintiff,                    CV F 04 6079 OWW WMW   P

9        vs.                                 FINDING AND RECOMMENDATION
                                             RE MOTIONS  (DOCS 18, 27, 30)
10

11

12   A. BRADISH, et al.,

13              Defendants.

14

15          Plaintiff is a state prisoner proceeding pro se.  Pending before the court are

16   Plaintiff's motions for injunctive relief.   Plaintiff, an inmate in the custody of the California

17   Department of Corrections at Pelican Bay State Prison, seeks injunctive relief against

18   correctional officials employed by the Department of Corrections at CCI Tehachapi.  The

19   conduct at issue concerns activity at CCI Tehachapi.

20          When an inmate seeks injunctive or declaratory relief concerning the prison where

21   he is incarcerated, his claims for such relief become moot when he is no longer subjected to those

22   conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d

23   1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request[s] should be denied as moot.

24          Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for

25   injunctive relief be denied.

26          These findings and recommendations are submitted to the United States District

1

1   Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within

2   twenty days after being served with these findings and recommendations, plaintiff may file

3   written objections with the court.  Such a document should be captioned "Objections to

4   Magistrate Judge's Findings and Recommendations."  Plaintiff is  advised that failure to file

5   objections within the specified time waives all objections to the judge's findings of fact.  See

6   Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the

7   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

8   F.2d 1153 (9th Cir. 1991).

9

10

11  IT IS SO ORDERED.

12  **Dated:    January 11, 2007**              _____/s/  **William M. Wunderlich**_____
    j14hj0                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26