IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

      Plaintiff,           CV F 04 6079 LJO WMW PC

  vs.                      ORDER RE MOTION (DOC 42)

CCI TEHACHAPI, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is Motion to Vacate the Judgment.

      Judgment was entered in this action on December 7, 2007.  The judgment was entered pursuant to an order entered on the same date, adopting the findings and recommendations of the Magistrate Judge and dismissing this action for failure to state a claim upon which relief could be granted.

      Plaintiff's argument is that the judgment should be vacated pursuant to Federal Rule of Civil Procedure59(e).  Plaintiff indicates that "this motion is based on the paper and files in this matter."  Plaintiff also contends that this action should have been transferred to the U.S. District Court for the Central District of California.   Plaintiff makes no other argument.

      Rule 59(e) governs motions to alter or amend the judgment.  Rule 59(e), in its entirety,

1 follows: "a motion to alter or amend a judgment must be filed no later than 10 days after the
2 entry of the judgment." Plaintiff offers no grounds to alter or amend the judgment. Further,
3 Plaintiff's motion was filed more than ten days after the entry of judgment. Accordingly, IT IS
4 HEREBY ORDERED that Plaintiff's motion to vacate the judgment is denied.

6 IT IS SO ORDERED.

7 Dated:   April 25, 2008                         /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE